## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| QOMMERCE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION, <br><br> Defendant. | Civil Action No. 6:15-cv-00174-RWS-KNM (Consolidated Lead Case) <br><br> The Hon. Robert William "Trey" Schroeder III |

## AGREED MOTION TO DISMISS

Plaintiff Qommerce Systems, LLC ("Qommerce") and Defendant CDW Corporation ("CDW"), file this Agreed Motion to Dismiss. Qommerce has agreed to dismiss all claims made against CDW in the above-captioned action, with prejudice. CDW has agreed to dismiss all of its claims against Qommerce in the above-captioned action, with prejudice. The parties, therefore, move this Court to dismiss this action and all claims by Qommerce against CDW, with prejudice, and all claims made by CDW against Qommerce, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Qommerce respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

...

Dated:   February 5, 2016         */s/Andrew W. Spangler*
Andrew W. Spangler TX SB # 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903-553-0403
spangler@spanglerlawpc.com

Todd Y. Brandt TX SB # 24027051
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Telephone: (903) 212-3130
Facsimile: (903) 753−6761
tbrandt@thebrandtlawfirm.com

**Attorneys for Plaintiff**
**Qommerce Systems, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2016 the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service per Local Rule CV-5(a)(3).

/s/Andrew W. Spangler
Andrew W. Spangler