**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **QOMMERCE SYSTEMS, LLC**<br>    **Plaintiff**<br>   **v.**<br><br>**CDW CORPORATION ET AL.**<br>    **Defendants.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 6:15-CV-174-RWS-KNM**<br>**(Consolidated Lead Case)** |

| | | |
|---|---|---|
| **QOMMERCE SYSTEMS, LLC**<br>    **Plaintiff**<br>   **V.**<br><br>**B&H FOTO & ELECTRONICS CORP.,**<br>    **Defendant.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 6:15-CV-194-RWS-KNM** |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT B&H FOTO & ELECTRONICS CORP.**

Plaintiff Qommerce Systems, LLC and Defendant B&H Foto & Electronics Corp. hereby stipulate that all claims and counterclaims in this action be, and hereby are, dismissed WITH PREJUDICE and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

March 10, 2016                                                                                                 Respectfully submitted,

                                                                                                                        */s/ Todd Y. Brandt*
                                                                                                                        Todd Y. Brandt
                                                                                                                        TX Bar #24027051
                                                                                                                        BRANDT LAW FIRM
                                                                                                                        222 N. Fredonia St.
                                                                                                                        Longview, Texas 75601
                                                                                                                        Telephone: 903-753–6760
                                                                                                                        Facsimile: 903-753-6761
                                                                                                                        tbrandt@thebrandtlawfirm.com

        Andrew W. Spangler
        State Bar No. 24041960
        Spangler Law P.C.
        208 N. Green St., Suite 300
        Longview, TX 75601
        Telephone: (903) 753-9300
        Facsimile: (903) 553-0403
        Email:spangler@spanglerlawpc.com

        ***Attorneys for Plaintiff Qommerce, LLC***


        */s/ James J. Bosco, Jr.*
        Kent E. Baldauf, Jr.
        Kbaldaufjr@webblaw.com
        James J. Bosco, Jr.
        Jbosco@webblaw.com
        THE WEBB LAW FIRM
        One Gateway Center
        420 Fort Duquesne Blvd., #1200
        Pittsburgh, PA 15222
        (412) 471-8815 (Telephone)
        (412) 471-4094 (Facsimile)

        ***Counsel for Defendant B&H Foto & Electronics Corp.***


## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, in accordance with Local Rule CV-5(a)(3), on this the 10th day of March, 2016.


        */s/ Todd Y. Brandt*
        Todd Brandt